Clara LAVELLE

v.

## R.I. PUBLIC UTILITIES COMMISSION TOWN OF LINCOLN et al.

No. 82–413–M.P.

Supreme Court of Rhode Island.

Nov. 19, 1982.

Oster, Groff & Prescott, George M. Prescott, Lincoln, for petitioner.

Joseph T. Little, Town Sol., Roy Ross, Pawtucket, Counsel for Board of Water Commissioners, Lincoln, for respondents.

### ORDER

The petition for common law certiorari, as prayed, is denied. The statutory writ of certiorari may issue in accordance with the provisions of Gen.Laws of 1956 (1977 Reenactment) § 39–5–2.

MURRAY, J., did not participate.